[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 11, 2012
JOHN LEY
CLERK

No. 11-11991
Non-Argument Calendar
_____

D.C. Docket No. 4:96-cr-00064-CDL-MSH-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEREMY BRUCE SHIPP,
a.k.a. Eddie Travis,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(January 11, 2012)

Before DUBINA, Chief Judge, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

William L. Kirby III, appointed counsel for Jeremy Bruce Shipp in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Shipp's revocation of supervised release and resulting sentence are **AFFIRMED**.